## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN R. SEITZ, III, and** | **:** | |
| **HICKORY HILL GROUP, LLC,** | **:** | |
| **Plaintiffs,** | **:** | |
| | **:** | **CIVIL ACTION** |
| **v.** | **:** | **No. 16-4130** |
| | **:** | |
| **EAST NOTTINGHAM TOWNSHIP et al.,** | **:** | |
| **Defendants.** | **:** | |

### ORDER

This 24th day of May, upon consideration of Plaintiffs' Amended Complaint, Defendants'

Motions to Dismiss (Dkt. 24 and Dkt. 25), and the Responses and Replies thereto, it is hereby

**ORDERED** that Defendants' Motions are **DENIED** as to Plaintiffs' substantive due process

claim based on the seizure of their private driveway and **GRANTED** as to all other claims.


       /s/ Gerald Austin McHugh
United States District Judge