## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN R. SEITZ, IV, and HICKORY HILL    :
GROUP, II, LLC                         :
                                       :
                                       :    **CIVIL ACTION**
v.                                     :    **No. 16-4130**
                                       :
EAST NOTTINGHAM TOWNSHIP, et al.       :
                                       :

## ORDER

This 18th day of July, 2024, for the reasons set forth in the accompanying memorandum,

it is hereby **ORDERED** that Defendants' Motions for Summary Judgment (ECF 47 & 65) are

**GRANTED**.  The Clerk is requested to mark this matter **CLOSED** for statistical purposes.


/s/ Gerald Austin McHugh
United States District Judge